IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EARL REECE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:18-CV-02624 |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT AWARDING ATTORNEY FEES

In accordance with the Order approving counsel's fee application entered this day, it is hereby **ORDERED** that Earl Reece shall recover $6,157.86 for his reasonable and necessary attorney's fees, payable by Defendant. Defendant shall mail the check to Reece in care of counsel, Edward A. Wicklund, 250 South Clinton Street, Suite 210, Syracuse, New York 13202.

**SIGNED** at Houston, Texas, this 1st day of November, 2019.

*[signature: Christina A. Bryan]*

**CHRISTINA A. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**